

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 4:18-mJ-394
)
Information associated with the URL address: ) FILED UNDER SEAL
https://www.facebook.com/JUVEY5MoB, and Facebook )
User ID: 100001225779355 )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the  **Northern**  District of  **California**
*(identify the person or describe the property to be searched and give its location)*:
Information associated with the URL address: https://www.facebook.com/JUVEY5MoB, and Facebook User ID: 100001225779355 as described in Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

As described in Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before  **7/11/18**
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Jeffrey L. Cureton                                                                                           .
*(name)*

☑ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 6/27/18 @ 8:55 am       _____
                                                *Judge's signature*

City and state:  Fort Worth, Texas            Jeffrey L. Cureton
                                                *Printed name and title*

# ATTACHMENT A
**Property to Be Searched**

This warrant applies to information associated with the URL address: https://www.facebook.com/JUVEY5MoB, and Facebook User ID: 100001225779355 that is stored at premises owned, maintained, controlled, or operated by Facebook, a company headquartered in Menlo Park, California.

**Attachment A**

# ATTACHMENT B
## Particular Things to be Seized

### I. Information to be disclosed by Facebook

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

(a) All contact and personal identifying information, including : full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

(b) All photos uploaded by that user ID and all photos uploaded by any user that have that user tagged in them;

(c) All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(d) All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests;

(e) All "check ins" and other location information;

- (f) All IP logs, including all records of the IP addresses that logged into the account;

- (g) All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

- (h) All information about the Facebook pages that the account is or was a "fan" of;

- (i) All past and present lists of friends created by the account;

- (j) All records of Facebook searches performed by the account;

- (k) All information about the user's access and use of Facebook Marketplace;

- (l) The types of service utilized by the user;

- (m) The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

- (n) All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

- (o) All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

## II. Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 21 U.S.C. §§ 841 and 846 involving **Jamo HAGOYI** since January 1, 2016. The information described in Section I should include for each user ID identified on Attachment A, information pertaining to the following matters:

- (a) Distribution of illegal drugs, the possession of firearms in furtherance of narcotics trafficking, and evidence of any violation of 21 U.S.C. Section 841 or 21 U.S.C. Section 846.

**Attachment B**

(b) Records relating to who created, used, or communicated with the user IDs, including records about their identities and whereabouts.

**Attachment B**

| Return | | |
|---|---|---|
| Case No.:<br>4:18-MJ-394 | Date and time warrant executed:<br>06-28-2018 | Copy of warrant and inventory left with: |
| Inventory made in the presence of:<br>SA Erik Brown, SA Mike McCurdy | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>One .pdf file containing 12,809 pages. | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 07/24/2018

_____, SA
Executing officer's signature

Erik Brown, Special Agent
Printed name and title