UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>Information associated with the URL address: https://www.facebook.com/JUVEY5MoB and Facebook User ID: 100001225779355 | No. 4:18-MJ-394 |

## MOTION TO UNSEAL

The United States, acting by and through the undersigned United States Attorney for the Northern District of Texas, requests this Court for an Order unsealing the search warrant, application and affidavit, and inventory issued in this cause. The government has executed the search warrant in this case and any further investigation by Drug Enforcement Administration Service will not require continued sealing of the search warrant.

Therefore, the government requests that the search warrant, application and affidavit and any attachment be unsealed.

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

*s/ Aisha Saleem*
AISHA SALEEM
Assistant United States Attorney
Texas State Bar No. 00786218
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile:  817-252-5455

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>Information associated with the URL address: https://www.facebook.com/JUVEY5MoB and Facebook User ID: 100001225779355 | No. 4:18-MJ-394 |

**<u>ORDER</u>**

BEFORE this Court for consideration is Government's Motion to Unseal regarding the unsealing of the search warrant, application and affidavit and any attachments in this case.

IT IS HEREBY ORDERED that the search warrant, application and affidavit and any attachments in this cause be UNSEALED.

Signed on this the _____ day of _____, 2018.

_____
JEFFREY L. CURETON
United States Magistrate Judge